UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kimberly Ann Henny,

    Plaintiff,

v.

Audre Matevousian et al,

    Defendants.

Civ. No. 22-2207 JWB/ECW

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 11, 2023. No objections to the Report and Recommendation have been filed within the permitted time period. Based on the Report and Recommendation, and all of the files, records, and proceedings **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation (Doc. No. 12) is **ACCEPTED**;

    2.    This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

    2.    Plaintiff's motion for reconsideration (Doc. No. 5) is **DENIED**; and

    3.    Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: February 2, 2023         */s/Jerry W. Blackwell*
                               JERRY W. BLACKWELL
                               United States District Judge